lent intent, and upon the further ground that the evidence as to the statements of John Gunther, made in the absence of the defendant Elizabeth Gunther, appearing at folios 93, 97, 101, 106 and 108, was incompetent, with whom Carr, J., concurred.

May E. Peterson and Others, Respondents, v. (Pasquale Martino) Mary R. Martino, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

The People of the State of New York, Respondent, v. Thomas Finucan, the Younger, Appellant.— Judgment of conviction of the County Court of Nassau county affirmed. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. James F. Kerrigan, Relator, v. James C. Cropsey, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with ten dollars costs and disbursements, and writ dismissed. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Hjalmar J. Savo, Respondent, v. Araho Construction Company and Others, Appellants, Impleaded with Edinboro Construction Company, Defendant.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Millie H. Sayer, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

McWalter B. Sutton, Appellant, v. William E. Butler, Respondent.— Interlocutory judgment affirmed, with costs, with the right to plaintiff to serve an amended complaint upon payment of the costs included in the interlocutory judgment and of this appeal within twenty days after entry of judgment of affirmance. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Louise Weber, Appellant, v. Wilhelmine F. Balbach, as Administratrix, etc., of William J. Balbach, Deceased, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.